377 A.2d 1000

Marlow v. Presbyterian-University of Pennsylvania
Medical Center, Appellant.

Argued June 14, 1977. Charles W. Craven, with him John P. Penders, for appellant; Gerald L. Bowen, with him Eagan and Bowen, for appellee.

Judgment affirmed.

377 A.2d 1000

Martinelli et al. v. Brennan et al., Appellant.

Argued June 14, 1977. John T. Quinn, with him McEldrew, Hanamirian, Quinn & D'Amico, for appellant; Stanton Dubin, for appellees.

Order affirmed.